## UNITED STATES MAGISTRATE COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALALI MASIRI | Docket No. 21-1247<br>Violation No. 9278295<br><br>ORDER FOR DISMISSAL |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by Leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the above Complaint, which was filed on **December 6, 2021**, charging the defendant with the following violation:

**One (1) Count of Assault**

DATE: December 8, 2021   BY: *[signature]*
SETH D. CROCKETT, Capt, USAF
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 12/8/21   BY: *[signature]*
HONORABLE MATTHEW J. SKAHILL
United States Magistrate Judge